LILLIAN WILLIAMSON, Appellant, *v.* MICHAEL J. DELEHANTY, Doing Business under the Trade Name of THE DELEHANTY INSTITUTE OF CIVIL SERVICE, Respondent.

Argued January 15, 1941; decided January 24, 1941.

*William A. Smith* for appellant.

*John F. Bowden* and *Hobart R. Marvin* for respondent.

Appeal may be withdrawn on payment of ten dollars costs and disbursements.